**Order entered September 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00599-CR

### RENE HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-52460-P

## ORDER

We **GRANT** court reporter Lisabeth Kellett's second request for an extension of time to file the reporter's record in this case and **ORDER** the record filed no later than September 29, 2016.

/s/    ADA BROWN
       JUSTICE